CHARLIE McKNIGHT v. STATE.

No. A-1142.    Opinion Filed January 23, 1912.

Appeal from Pottawatomie County Court; Ross F. Lockridge, Judge.

Charlie McKnight was convicted of violating the prohibitory law, and appeals.    Affirmed.

Mark Goode and A. M. Baldwin, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted at the January, 1911, term of the county court of Pottawatomie county, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and on the 17th day of March, thereafter, was sentenced by the court, in accordance with the verdict of the jury, to pay a fine of two hundred fifty dollars and be imprisoned in the county jail for a period of sixty days.  The appeal was perfected in this court on the 10th day of May, 1911.  A careful examination of the record discloses no errors prejudicial to the substantial rights of the plaintiff in error. The judgment is affirmed.

CHARLEY OLIVER and E. NICHOLSON v. STATE.

No. A-1205.    Opinion Filed January 23, 1912.

Appeal from Seminole County Court; T. S. Cobb, Judge.

Charley Oliver and E. Nicholson were convicted of violating the prohibitory law, and appeal.    Affirmed.

Crump, Fowler & Skinner, for plaintiffs in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiffs in error were convicted in the county court of Seminole county, at the January, 1911, term, on a charge of having the possession of intoxicating liquor for the unlawful purpose of sale.  Thereafter, on the 13th day of March, Charley Oliver was sentenced to pay a fine of two hundred dollars, and be imprisoned in the county jail for sixty days, and E. Nicholson to pay a fine of one hundred fifty dollars, and be confined in the county jail for a period of thirty days.  No briefs have been filed on behalf of plaintiffs in error, and no appearance made for oral argument.  The Attorney General has filed a motion to affirm for want of prosecution under rule 4 of this court.  The motion is well taken and is sustained.  The judgment of the trial court is affirmed.